**Kenneth L. SMITH, Jr., Plaintiff—
Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT
OF CORRECTIONS; Leon Visintainer, Prison Industries Supervisor; Herman Peepels, Prison Industries Supervisor, sued in their individual and official capacities, Defendants—Appellees.**

**No. 03–7388.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 5, 2004.

Kenneth L. Smith, Jr., Appellant pro se. Scott Timothy Justice, Horger, Horger & Justice, LLC, Orangeburg, South Carolina, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirm by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kenneth L. Smith, Jr., appeals the district court's order denying relief on his complaint alleging violations of 42 U.S.C. § 1983 (2000) and the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. South Carolina Dep't of Corr.,* No. CA–03–795–6–20AK (D.S.C. Aug. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*